

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| DARIO RUIZ, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:15-CV-359-TH |
| § | JURY |
| USA TRUCK, INC. and RONALD SANDERS, § | |
| § | |
| *Defendants.* § | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Before the Court is a *Joint Motion for Entry of Agreed Order of Dismissal With Prejudice* [Clerk's Docket No. 18] filed July 12, 2016.  Having considered the motion, and taking into account that the motion was jointly filed, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the *Joint Motion for Entry of Agreed Order of Dismissal With Prejudice* [Clerk's Docket No. 18] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that the all claims alleged herein are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs shall be taxed against the party incurring same.

**IT IS FURTHER ORDERED** that the deputy clerk is **DIRECTED** to close this case file.

**SO ORDERED**.

**SIGNED** this the 14 day of **July, 2016.**

_____
Thad Heartfield
United States District Judge